TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
ASIM H. MODI, NY SBN # 4692018
    Special Assistant United States Attorney
    Program Litigation 1
    Social Security Administration | Law & Policy
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: (312) 596-1868
    Asim.Modi@ssa.gov

Attorneys for Defendant

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| RUBEN JUAREZ, | Case No. 5:25-cv-02996-AJR |
|---|---|
|     Plaintiff, | |
|    vs. | |
| FRANK BISIGNANO,<br>Commissioner of Social Security, | [~~PROPOSED~~] JUDGMENT OF REMAND |
|     Defendant. | |

The Court having approved the parties' Stipulation to Voluntary Remand

Pursuant to Sentence Four of 42.U.S.C. § 405(g) ("Stipulation to Remand") lodged

Proposed Judgment                Page 1

concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED:  April 8, 2026

HON. A. JOEL RICHLIN
UNITED STATES MAGISTRATE JUDGE

Proposed Judgment                              Page 2